**[J-4-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 WAP 2016 |
| | : | |
| Appellee | : | |
| | : | Appeal from the Order of the Superior |
| | : | Court entered November 24, 2014 at |
| v. | : | No. 402 WDA 2014, affirming the Order |
| | : | of the Court of Common Pleas of |
| | : | Clearfield County entered February 12, |
| THOMAS M. REED, | : | 2014 at No. CP-17-CR-0000894-2000. |
| | : | |
| Appellant | : | ARGUED:  March 7, 2017 |

**ORDER**

**PER CURIAM**

**AND NOW**, this 22nd day of August, 2017, the decision of the Superior Court is

REVERSED.  *See Commonwealth v. Muniz*, ___ A.3d ___, 2017 WL 3173066 (Pa. July

19, 2017).

Chief Justice Saylor files a concurring statement.

Justice Mundy files a concurring statement.